In the United States District Court
for the Eastern District of North Carolina
Eastern Division

| | |
|---|---|
| Karol Huffman, | |
| *On behalf of himself and those similarly situated*, | Civil Action No. 4:19-cv-00034-FL |
| Plaintiff, | Judge Louise Wood Flanagan |
| v. | |
| Meadow Greens Pizza, *et al*., | |
| Defendants. | |

### Order Granting Joint Motion to Stay Proceedings

This case is before me on the Parties' Joint Motion to Stay Proceeding (the "Motion'). After consideration of the Motion, I grant the Motion and order as follows:

1.      The Parties have been engaging in good-faith negotiations have mutually selected J. Bradford Stillman to mediate this case and have confirmed a date to conduct mediation for October 23, 2019.

2.      In light of the currently scheduled mediation, the Case is stayed 75 days from the date of this Order;

IT IS SO ORDERED

  9/18/19
Date

The Honorable Louise Wood Flanagan
U.S. District Judge

1