In the United States District Court
for the Eastern District of North Carolina
Eastern Division

| | |
|---|---|
| Karol Huffman,<br><br>*On behalf of herself and those similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>Team Carolinas, Inc., *et al*,<br><br>Defendants. | Case No. 4:19-cv-00034<br><br>Judge Louise Wood Flanagan |

ORDER

This matter comes before the Court on the Parties Joint Motion to Stay Proceedings and advising the Court that a settlement has been reached. After consideration of the Motion, I grant the Motion and order as follows:

1. The Parties are directed to file a Motion to Approve Settlement and the Settlement Agreement on or before May 29, 2020.

2. All deadlines in this matter are stayed pending the filing of the Motion to Approve the Settlement.

IT IS SO ORDERED.

5/11/20
Date

_____
The Honorable Louise Wood Flanagan
U.S. District Judge